IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMETRIUS BRADLEY, and
PAUL DELGADO, Individually,
on Behalf of Themselves, and All
Others Similarly Situtated,

   Plaintiff,

v.

H2S HOLDINGS, LLC, et al.,

   Defendants.

:
:
:   CIVIL ACTION NO.
:   1:15-CV-3781SCJ

## ORDER

After reviewing Plaintiffs' November 7, 2016 filing (Doc. No. [24] in which Plaintiffs indicated that no pretrial order should issue in this case due to the related class action case of Reyes v. H2S Holdings, LLC, et al, 1:15-cv-3596-SCJ, for which any relief granted in said case would extend to Plaintiffs (in the case *sub judice*) as members of the proposed WARN Act class, the Court exercises its discretion to administratively terminate the case *sub judice* during the pendency of 1:15-cv-3596-SCJ. Accordingly, the Clerk is **DIRECTED to ADMINISTRATIVELY TERMINATE** this civil action. The parties may file a motion to reopen in the event that the claims at issue are not fully resolved by the related class action case of, 1:15-cv-3596-SCJ.

AO 72A
(Rev.8/82)

**IT IS SO ORDERED,** this 5th day of October, 2017.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE